DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOBBY LEE BAILEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1009

[February 22, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562016CF001986D.

Carey Haughwout, Public Defender, and Peggy Natale, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and MAY, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***